# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>SHERIFF KELLEY MARTINEZ, et al.,<br><br>Respondents. | Case No.: 23-cv-2148-MMA (BLM)<br><br>**ORDER DENYING NON-STATUTORY MOTION REQUEST FOR PROCEEDING FREE OF DEFECT**<br><br>[Doc. No. 12] |

Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, along with a request to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a) on November 20, 2023. Doc. Nos. 1–2. The Court denied the IFP motion on December 5, 2023, because Petitioner had not submitted a current trust account statement. Doc. No. 4. Petitioner then paid the $5.00 filing fee on January 4, 2024, and the Court issued an Order to Respond to the Petition. Doc. Nos. 5, 7. Petitioner has now filed a document entitled "Non-Statutory Motion Request for Proceeding Free of Defect *Gonzalez v. Crosby*, 545 U.S. 524, 532–533." *See* Doc. No. 12.

In *Gonzalez*, the Supreme Court held that "a Rule 60(b)(6) motion in a § 2254 case is not to be treated as a successive habeas petition if it does not assert, or reassert, claims

of error in the movant's state conviction." *Gonzalez*, 545 U.S. at 538. It is not clear how Petitioner believes this holding applies to this case. Although the Court determined that the petition Petitioner filed in S.D. Cal. case no. 3:23-cv-02135-MMA (MSB) was successive and denied Petitioner's Rule 60(b) motion in that case, the Court has not determined the Petition in this case is successive nor has it denied a Rule 60(b) motion.[1] Accordingly, Petitioner's Non-Statutory Motion Request for Proceeding Free of Defect *Gonzalez v. Crosby*, 545 U.S. 524, 532–533 is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 25, 2024

HON. MICHAEL M. ANELLO
United States District Judge

---

[1] Petitioner is currently seeking leave from the Ninth Circuit Court of Appeals to file a successive habeas corpus petition in 23-cv-2135-MMA (MSB). *See* Doc. No. 12 in S.D. Cal. case no. 23-cv-2136-MMA (MSB).