# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>SHERIFF KELLEY MARTINEZ, et al.,<br><br>Respondents. | Case No.: 23-cv-2148-MMA (BLM)<br><br>**ORDER DIRECTING RESPONDENT TO LODGE SUPPORTING DOCUMENTS** |

Petitioner Pedro Rodriguez ("Rodriguez" or "Petitioner"), a state prisoner, is proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition" or "Pet.") alleging he was deprived of his due process and equal protection rights during a disciplinary hearing while he was incarcerated. *See* Doc. No. 1. Respondent has filed a Motion to Dismiss the Petition, but has not lodged any documents in support of the motion. *See* Doc. No. 15, 15-1. Accordingly, the Court **DIRECTS** Respondent to lodge the following documents with the Court no later than April 22, 2024:

1. A copy of the habeas corpus petition Petitioner filed in the California Supreme Court in case no. S280990;

2. A copy of the written decision rendered in Petitioner's disciplinary hearing;

3.  Any other documents Respondent wishes the Court to consider in ruling on the Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: April 8, 2024

_____
HON. MICHAEL M. ANELLO
United States District Judge